

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOLORES DAWES-LLOYD,        :

    Plaintiff,             :

    v.                 :

PUBLISH AMERICA, LLP,       :

    Defendant.          :

CIVIL ACTION

NO. 09-2387

FILED

AUG 31 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 31st day of August, 2010, upon consideration of Defendant Publish America LLP's Motion to Dismiss or, in the Alternative, for Summary Judgment (Dkt. No. 13), Plaintiff's Opposition thereto (Dkt. No. 19), and Defendant's Reply (Dkt. No. 22), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion to Dismiss is DENIED but its Motion for Summary Judgment is GRANTED. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk will close this case for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES, II    J.